# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**133**

**CA 10-01783**

PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, LINDLEY, AND MARTOCHE, JJ.

---

LINDA S. MILLER, AS ADMINISTRATRIX OF THE ESTATE
OF ERIC ROBERT SCOTT, DECEASED,
PLAINTIFF-RESPONDENT,

                          V                                    MEMORANDUM AND ORDER

FREDERIKUS VANROON, DEFENDANT-APPELLANT.

---

HAGELIN KENT LLC, ROCHESTER (VICTOR M. WRIGHT OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LADUCA LAW FIRM, LLP, ROCHESTER (ANTHONY J. LADUCA OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered April 2, 2010 in a personal injury action. The order granted plaintiff's motion for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on June 6, 2011, and filed in the Monroe County Clerk's Office on July 18, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  December 23, 2011                          Frances E. Cafarell
                                                     Clerk of the Court